## DEPARTMENT OF HEALTH OF CITY OF NEW YORK v. CITY REAL PROPERTY INVESTING CO.

(Supreme Court, Appellate Term. January 7, 1904.)

1. EVIDENCE—JUDICIAL NOTICE—RULES OF HEALTH DEPARTMENT.
    The courts cannot take judicial notice of the existing provisions of the health department.

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by the Department of Health of the City of New York against the City Real Property Investing Company. From an order setting aside a judgment of the Municipal Court for plaintiff, plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and GREENBAUM, JJ.

George L. Rives (Frederick W. Steele, of counsel), for appellant.
Carter & Ledyard (John Vimont Lyle, of counsel), for respondent.

PER CURIAM. There was no evidence of any kind adduced upon the trial showing the provision of the Sanitary Code or of the health laws, the violation of which was alleged as the basis of the recovery of a penalty. The courts cannot take judicial notice of the existing provisions of the health department. Section 941 of the Code of Civil Procedure prescribes the mode of proof in such cases.

The judgment was properly set aside upon motion, and the order is affirmed, with $10 costs and disbursements to respondent to abide the event.